VALERIE ELIZABETH HUFF, Respondent, v. CHARLES REDFIELD VOSE, Appellant.— Order denying defendant's motion to set aside and vacate two orders for examination of defendant before trial entered by this court unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

OSCAR LIFSHEY, Respondent, v. J. SIMPSON & Co., INC., Appellant.— Order denying defendant's motion for judgment dismissing the complaint for failure to prosecute unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH BROWN, Suing on Behalf of Himself and All Other Stockholders, Similarly Situated, of the FIRST NATIONAL BANK OF ROCKVILLE CENTRE, Appellant, v. FIRST NATIONAL BANK OF ROCKVILLE CENTRE and Others, Defendants, Impleaded with CADMAN H. FREDERICK, Respondent.— Order directing plaintiff to serve an amended complaint unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN L. ARMSTRONG, as Sole Surviving Executor of JOHN ARMSTRONG, Deceased, Appellant, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel, or Chief Law Officer of the City of New York, to Institute Proceedings Pursuant to Chapter 1006 of the Laws of 1895, and the Acts Amending the Same, to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of the Bronx, City of New York.— Order denying motion to reconvene original commissioners of estimate and assessment to ascertain and determine damage which should be paid to estate of John Armstrong, resulting from closing by the city of part of old Third avenue, near Tremont avenue, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH M. BERK, Respondent, v. TRANSIT BUILDING, INC., and Another, Defendants, Impleaded with DUNLEVY MILBANK, Appellant.— Order denying defendant's motion to vacate plaintiff's notice of examination before trial of defendant, appellant, as an adverse party unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SADIE M. ROSENTHAL, Appellant, v. LOUIS K. LIGGETT COMPANY, Defendant, Impleaded with PEERLESS WEIGHING MACHINE COMPANY, Respondent.— Order granting motion of defendant, respondent, for judgment dismissing the complaint for failure to prosecute unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE 134 WILLIAM STREET CO., INC., Respondent, v. THOMAS M. LYNCH, as an Individual and as Former President of the State Tax Commission, and Others, Appellants, Impleaded with Another.— Order granting, upon condition, plaintiff's motion for an injunction *pendente lite* unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.